**FILED**

**DEC 1 2 2007**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  Samantha S. Spangler
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) Plaintiff, ) <br> v. ) <br> ) <br> ANGELA VENITA BINGHAM, ) <br> ) Defendant. ) | 2:07-CR-00549 MCE <br><br> ORDER TO SEAL <br> (UNDER SEAL) |

The Court hereby orders that the Indictment, the Motion of Assistant U.S. Attorney Samantha S. Spangler to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant in this case or until further order of the Court.

DATED: December /2/, 2007

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1