UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
January 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
                                      )
        Plaintiff,       )
v.                                 )
                                      )
ANGELA VENITA BINGHAM, )
                                      )
        Defendant.    )

Case No. 2:07CR00549-MCE

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __ANGELA VENITA BINGHAM__, Case No. __2:07CR00549-MCE__, Charge __18USC § 287 and 2__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

          __    Unsecured Appearance Bond

          __    Appearance Bond with 10% Deposit

          __    Appearance Bond with Surety

          __    Corporate Surety Bail Bond

    ✔    (Other)       __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 17, 2008__ at __2:00 pm__.

                                                 By    /s/ Gregory G. Hollows
                                                       Gregory G. Hollows
                                                       United States Magistrate Judge

Copy 5 - Court