**Chris Cosca**
Attorney at Law
California State Bar Number 144546
1007 Seventh Street, Suite 500
Sacramento, CA 95814
Telephone:  (916) 440-1010
Facsimile:   (877) 440-1012
Email:         coscalaw@gmail.com

Attorney for Defendant
ANGELA VENITA BINGHAM

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07-CR-00549-MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| ANGELA VENITA BINGHAM | DATE:   March 6, 2008 |
| Defendant | TIME:    9:00 a.m. |
| | JUDGE:  Hon. Morrison C. England |

## Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for March 6, 2008, may be continued to April 10, 2008 at 9:00 a.m. Counsel are in the process of plea negotiations, but need more time to complete them. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

///

///

///

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: March 3, 2008

            by  /s/ Chris Cosca
                Chris Cosca
                Attorney for Defendant
                ANGELA VENITA BINGHAM

DATED: March 3, 2008      by  /s/ Chris Cosca for
                Samantha S. Spangler
                Assistant U. S. Attorney

## **ORDER**

Good cause appearing,

The status conference scheduled for March 6, 2008 is continued to April 10, 2008 at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: March 13, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE