**Chris Cosca**
Attorney at Law
California State Bar Number 144546
1007 Seventh Street, Suite 500
Sacramento, CA 95814
Telephone: (916) 440-1010
Facsimile: (877) 440-1012
Email: coscalaw@gmail.com

Attorney for Defendant
ANGELA VENITA BINGHAM

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANGELA VENITA BINGHAM<br>    Defendant | Case No.: 2:07-CR-00549-MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE:    April 10, 2008<br>TIME:    9:00 a.m.<br>JUDGE:  Hon. Morrison C. England |

## Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for April 10, 2008, may be continued to May 15, 2008 at 9:00 a.m. Counsel are in the process of plea negotiations, but need more time to complete them. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

///

///

///

1  The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: April 8, 2008

                                      by    /s/ Chris Cosca
                                                      Chris Cosca
                                                      Attorney for Defendant
                                                      ANGELA VENITA BINGHAM

DATED: April 8, 2008

                                      by    /s/ Chris Cosca for
                                                      Samantha S. Spangler
                                                     Assistant U. S. Attorney

## **Order**

Good cause appearing,

The status conference scheduled for April 10, 2008 is continued to May 15, 2008 at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: May 9, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE