**Chris Cosca**
Attorney at Law
California State Bar Number 144546
1007 Seventh Street, Suite 500
Sacramento, CA 95814
Telephone:  (916) 440-1010
Facsimile:   (877) 440-1012
Email:          coscalaw@gmail.com

Attorney for Defendant
ANGELA VENITA BINGHAM

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | Case No.: 2:07-CR-00549-MCE |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| vs. ) | |
| ANGELA VENITA BINGHAM ) Defendant ) | **DATE:** May 15, 2008 <br> **TIME:** 9:00 a.m. <br> **JUDGE:** Hon. Morrison C. England |

## Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for May 15, 2008, may be continued to June 19, 2008 at 9:00 a.m. Counsel are in the process of plea negotiations, but need more time to complete them. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

///

///

///

1  The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

2  DATED: May 8, 2008

                                             by     /s/ Chris Cosca
                                                           Chris Cosca
                                                           Attorney for Defendant
                                                           ANGELA VENITA BINGHAM

DATED: May 8, 2008                      by     /s/ Chris Cosca for
                                                           Samantha S. Spangler
                                                            Assistant U. S. Attorney

## **Order**

Good cause appearing,

The status conference scheduled for May 15, 2008 is continued to June 19, 2008 at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: May 19, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE