**Chris Cosca**
Attorney at Law
California State Bar Number 144546
1007 Seventh Street, Suite 500
Sacramento, CA 95814
Telephone:  (916) 440-1010
Facsimile:  (877) 440-1012
Email:         coscalaw@gmail.com

Attorney for Defendant
ANGELA VENITA BINGHAM

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:07-CR-00549-MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| ANGELA VENITA BINGHAM | DATE:  June 19, 2008 |
| Defendant | TIME:  9:00 a.m. |
| | JUDGE:  Hon. Morrison C. England |

## Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for June 19, 2008, may be continued to August 14, 2008 at 9:00 a.m. Counsel are in the process of plea negotiations, but need more time to complete them. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

///

///

///

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: June 13, 2008

                           by     /s/ Chris Cosca
                                      Chris Cosca
                                      Attorney for Defendant
                                      ANGELA VENITA BINGHAM

DATED: June 13, 2008

                           by     /s/ Chris Cosca for
                                      Samantha S. Spangler
                                      Assistant U. S. Attorney

## **Order**

Good cause appearing,

The status conference scheduled for June 19, 2008 is continued to August 14, 2008 at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: June 17, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE