**Chris Cosca**
Attorney at Law
California State Bar Number 144546
1007 Seventh Street, Suite 500
Sacramento, CA 95814
Telephone:  (916) 440-1010
Facsimile:   (877) 440-1012
Email:         coscalaw@gmail.com

Attorney for Defendant
ANGELA VENITA BINGHAM

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,   ) | Case No.: 2:07-CR-00549-MCE |
| )  Plaintiff,                ) | **STIPULATION AND ORDER** |
| )                             | **CONTINUING STATUS CONFERENCE** |
| vs.                          ) | |
| )                             | DATE:   September 11, 2008 |
| ANGELA VENITA BINGHAM        ) | TIME:   9:00 a.m. |
| Defendant                    ) | JUDGE:  Hon. Morrison C. England |

## **Stipulation**

The parties, through their undersigned counsel, stipulate that the status conference scheduled for September 11, 2008, may be continued to October 9, 2008 at 9:00 a.m. Counsel are in the process of plea negotiations, but need more time to complete them. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

///

///

///

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: September 8, 2008

                                        by     /s/ Chris Cosca  
                                                    Chris Cosca  
                                                    Attorney for Defendant  
                                                    ANGELA VENITA BINGHAM

DATED: September 8, 2008

                                        by     /s/ Chris Cosca for  
                                                    Samantha S. Spangler  
                                                    Assistant U. S. Attorney

## **Order**

Good cause appearing,

The status conference scheduled for September 11, 2008 is continued to October 9, 2008 at 9:00 a.m. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: September 9, 2008

_____  
MORRISON C. ENGLAND, JR  
UNITED STATES DISTRICT JUDGE