McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>         v.<br><br>ANGELA VENITA BINGHAM,<br><br>                     Defendant. | CASE NO. 2:07-cr-00549-MCE<br><br>STIPULATION AND ORDER VACATING JURY TRIAL AND TRIAL CONFIRMATION HEARING AND SETTING STATUS CONFERENCE<br><br>DATE:  January 8, 2009<br>TIME:  9:00 a.m.<br>COURT: Morrison C. England, Jr. |

### Stipulation

Because the parties have reached a plea agreement in this case, and because defense counsel is in a two-jury trial of a county defendant who is facing life imprisonment, the parties agree that the trial confirming hearing and the jury trial in this matter, scheduled respectively for December 18, 2008, and January 12, 2009, may be vacated and that a status conference may be scheduled for January 8, 2009, at 9:00 a.m.  The parties anticipate the entry of a guilty plea at the status conference.

Time has already been excluded through the trial date, January 12, 2009, for reasonable preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.  With the trial date

1

1  being vacated, the parties agree that defense counsel's
2  unavailability and reasonable preparation of counsel are appropriate
3  bases for excluding time from the speedy trial calculation under the
4  Speedy Trial Act through the new status conference date of January
5  8, 2009.
6      Defense counsel has authorized the prosecutor to sign this
7  stipulation on his behalf.
8
9  DATED:  November 18, 2008          McGREGOR W. SCOTT
                                      United States Attorney
10
                                   by  /s/ Samantha S. Spangler
11                                     Samantha S. Spangler
                                       Assistant U.S. Attorney
12

13
   DATED:  November 18, 2008      by  /s/ Samantha S. Spangler for
14                                    Christopher R. Cosca
                                      Counsel for Ms. Bingham
15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **ORDER**

Good cause appearing:

1) The trial confirming hearing, scheduled for December 18, 2008, is VACATED;

2) The jury trial, scheduled for January 12, 2009, is VACATED;

3) A status conference is SET for January 8, 2009, at 9:00 AM;

4) Time is excluded through January 8, 2009, to give counsel reasonable time to prepare, and because of defense counsel's unavailability until that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and Local Code T4.

IT IS SO ORDERED.

Dated: November 19, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE