1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

8         IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,    )   CASE NO. 2:07-cr-00549-MCE
                                )
12           Plaintiff,         )   STIPULATION AND ORDER CONTINUING
                                )   STATUS CONFERENCE/CHANGE OF PLEA
13      v.                      )   HEARING
                                )
14 ANGELA VENITA BINGHAM,       )
                                )   DATE:  January 29, 2009
15           Defendant.         )   TIME:  9:00 a.m.
                                )   COURT: Morrison C. England, Jr.

                          Stipulation

     Because defense counsel will still be in trial in Sacramento County on the presently scheduled date, the parties agree that the status conference scheduled for January 8, 2009, may be continued to January 29, 2009, at 9:00 a.m. The parties anticipate the entry of a guilty plea at the status conference.

     With the trial date being vacated, the parties agree that defense counsel's unavailability and reasonable preparation of counsel are appropriate bases for excluding time from the speedy trial calculation under the Speedy Trial Act through the new status conference date of January 29, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

                               1

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED: December 23, 2008          McGREGOR W. SCOTT
                                  United States Attorney

                            by    /s/ Samantha S. Spangler
                                  Samantha S. Spangler
                                  Assistant U.S. Attorney


DATED: December 23, 2008    by    /s/ Samantha S. Spangler for
                                  Christopher R. Cosca
                                  Counsel for Ms. Bingham

                                ORDER

Good cause appearing,

1) The status conference is continued to January 29, 2009, at 9:00 a.m.;

2) Time is excluded through January 29, 2009, to give counsel reasonable time to prepare, and because of defense counsel's unavailability until that date, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and Local Code T4.

The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: January 7, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE