**OFFICE OF THE FEDERAL DEFENDER
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710**

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

FILED
MAY 17 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

# M E M O R A N D U M

DATE:     May 14, 2010

TO:       Hon. Morrison C. England Jr., U.S. District Judge

cc:       AUSA Samantha Spangler
          USPO Dayna Ward

FROM:     Rachelle Barbour, Research and Writing Attorney

SUBJECT:  *EX PARTE* application to issue subpoena duces tecum in U.S. v. Angela Bingham, Cr. S-07-549-MCE

---

This memorandum is an *ex parte* application under Fed. R. Crim. P. 17(c) for a subpoena in the above matter on behalf of my client, Angela Bingham.

Ms. Bingham qualifies for appointment of counsel and is financially unable to pay witness fees. See Fed. R. Crim. P. 17. I request authority to subpoena a urine sample from Alere Toxicology Services, Inc. for production directly to Forensic Analytical Sciences, Inc. of Hayward, California, for the purpose of retesting the sample to determine (1) whether the sample is positive for marijuana and (2) whether the level of use indicated by the sample could be consistent with second-hand inhalation. The defense has already contacted Alere, which is the third-party laboratory that tested the sample under contract with the Probation Office. Alere indicated that it could easily provide the sample to an independent lab for re-analysis, but that it would need a subpoena to do so. Alere also indicated that it would need a FedEx number to use to ship the sample, and the number is provided on the subpoena.

Defense counsel has spoken with the United States Probation Officer on this case. We have discussed the feasibility of obtaining more precise details on the urine testing from Alere. Due to the bureaucratic obstacles inherent in obtaining information about the THC levels in the sample from Alere, the parties decided that simply having the sample retested by a local

laboratory would be the most expedient way to proceed.

The probation officer has indicated that the samples are normally kept approximately 90 days. The sample is almost 60 days old at this point. Accordingly, defense counsel requests that the Court approve the attached subpoena so that the sample may be obtained for re-testing.

Defense counsel has provided a copy of the subpoena and this request to the probation officer and the prosecutor, who indicate that they have no objection.

Thank you for your time and consideration.

ORDER

Authorization for issuance of a subpoena in U.S. v. Angela Bingham, Cr. S. 07-149-MCE, is hereby granted. This document shall be returned to defendant's counsel.

IT IS SO ORDERED.

DATED: May 17, 2010

HON. MORRISON C. ENGLAND
UNITED STATES DISTRICT JUDGE

# United States District Court

| EASTERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plaintiff,

V.

ANGELA BINGHAM,

        Defendant.

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 07 CR 0549

TO: Alere Toxicology Services, Inc
450 Southlake Boulevard
Richmond, VA 23236

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURTHOUSE<br>501 "I" Street<br>SACRAMENTO, CA 95814 | Hon. Morrison C. England, Jr.<br>U.S. District Judge |
| | DATE AND TIME<br>* June 3, 2010<br>9:00 a.m. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Urine specimen ID # B01627418, Donor Bingham, date reported 3/24/2010.

* In lieu of personal appearance please provide requested specimen and documents by June 1, 2010 via Federal Express account # 1606-1879-5 directly to:

    Forensic Analytical Sciences
    3777 Depot Road
    Suite 403
    Hayward, CA 94545

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| VICTORIA C. MINOR<br>(BY) DEPUTY CLERK | May 13, 2010 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
RACHELLE D. BARBOUR, Bar #185395, Research and Writing Attorney
801 I Street, 3rd Floor, Sacramento, CA 95814-3518  (916) 498-5700

# PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | May 13, 2010 | SACRAMENTO, CA |
| SERVED | DATE TIME | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES  ☒ NO   AMOUNT $ -0- |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Leigh Opferman<br>Service by Facsimile | Paralegal |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____    _____
                    Date                              Signature of Server

Federal Defender, 801 I Street, 3rd Floor, Sacramento, CA  95814
(916) 498-5700
*Address of Server*

**ADDITIONAL INFORMATION**